IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| DESIREE BENNETT, | * |
| Plaintiff, | * |
| v. | * CV 319-078 |
| CALEB WIGGINS and JASON HOWELL, | * |
| Defendants. | * |

O R D E R

On January 19, 2021, Plaintiff and Defendants filed a "Joint Stipulation of Dismissal With Prejudice" because the parties have reached a settlement. In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS ORDERED** that Plaintiff's claims against Defendants are hereby **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case and **TERMINATE** all motions and deadlines. Each party shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 25th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE